UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
UNITED STATES OF AMERICA

                Plaintiff,

against

VICTOR TIBURCIO-DUVERGE, et.al.,

                Defendant.
-----------------------------------------------------------------X

**NOTICE OF APPEARANCE**

Docket No.: 01-CR01847-07

**To the Clerk of the Court:**

    You are hereby notified that I have been retained to represent Ramon Antonio Rios, a defendant in the above-entitled action, in the matter currently before this Court, pursuant to his charge of a violation of Title 21, Section 846 of the United States Criminal Code.

| | | |
|---|---|---|
| **ATTORNEY** | Nicolas Velez, Esq. (NV7400) | By _/s/ Nicolas Velez_ |
| Address | 2010 Williamsbridge Road Bronx, New York 10461 | |
| Telephone | (718) 518-7380 | Dated: June 1, 2008 |